The People of the State of Illinois, Plaintiff-Appellee, *v.* Walter J. Council, Defendant-Appellant.

(No. 56630;

First District (5th Division)—May 11, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Shelvin Singer, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane, Frank Deboni, and Patrick McNally, Assistant State's Attorneys, of counsel,) for the People.